# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**ORIGINAL**

Sarah F. Doherty

Plaintiff(s)

vs.

GE Capital Corp.

Defendant(s)

Civil Action No. S 00-852

FEE PAID

FEE NOT PAID
(SEND LETTER)

RECEIVED MAY 2 2000 AT BALTIMORE CLERK U.S. DISTRICT COURT DISTRICT OF MARYLAND BY _____ DEPUTY

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, **Abbey G. Hairston** Esquire a member of the Bar of this court, moves the admission of **Lawrence Peikes** Esquire to appear pro hac vice in the captioned proceeding as counsel for **Defendant**

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of New York, Connecticut and California (inactive status)

and/or the following United States Court(s): U.S. Courts of Appeal for the Second and Ninth Circuits; U.S. District Courts for the Southern and Eastern Districts of New York, Northern and Eastern Districts of California, District of Connecticut and District of Colorado.

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court **0** time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: **proposed admittee has never been disbarred, suspended or denied admission to practice.**

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U.S. DISTRICT COURT

Revised 6/1/98







-2-

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or

_____N/A_____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| Epstein Becker & Green, P.C. | Epstein Becker & Green, P.C. |
| Address | Address |
| 111 South Calvert Street, Suite 2700 | 250 Park Avenue |
| Baltimore, Maryland 21202 | New York, New York 10177 |
| (410) 385-5289 | (212) 351-4500 |
| Office phone number | Office phone number |
| (410) 576-6893 | (212) 661-0989 |
| Fax number | Fax number |
| 12082 | |
| Md. U.S. District Court Number | |

## ORDER

Motion ___✓___ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

_____5/01/00_____     _____[signature]_____
Dated                                                                             Judge, U.S. District Court